# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT C. SEBBERN, JR., | )    1:08cv01768 GSA |
|            Plaintiff, | ) <br> )    ORDER RE PLAINTIFF'S REQUEST TO <br> )    PROCEED INFORMA PAUPERIS ON APPEAL |
|       v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|            Defendant. | ) |

On March 31, 2010, Plaintiff filed a Notice of Appeal in this matter.  (Doc. 17.)  That same date, Plaintiff also filed a Financial Affidavit form (Doc. 18), which the Court construes to be a Motion to Proceed Informa Pauperis on Appeal.

Having considered the application to proceed without prepayment of fees, the application or motion is DENIED.  Plaintiff has indicated that while he is unemployed, his spouse earns a salary of $5,000.00 per month.  Therefore, Plaintiff is not entitled to proceed on appeal without payment of the filing fee.

1

Accordingly, Plaintiff is advised that in order to proceed with his appeal to the Ninth Circuit he must pay a filing fee of $450.00 (*see* 28 U.S.C. § 1913) no later than May 10, 2010.  However, this Court directs Plaintiff's attention to Rule 4(a)(1) of the Federal Rules of Appellate Procedure regarding the time for filing a Notice of Appeal.  Finally, in the event Plaintiff were to elect to file a dismissal of his appeal, payment of the filing fee would become unnecessary.

IT IS SO ORDERED.

Dated:   **April 9, 2010**                                  /s/ **Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE